IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   DEBBIE LYNN DIAMOND-JOBE, Debtor    Case No. 18-03392-JAW
                                             CHAPTER 13

## NOTICE

Debbie Lynn Diamond-Jobe has filed papers with the court for an entry of discharge. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before **21 days**, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
P.O. Box 2448
Jackson, MS 39225-2448

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.

Date: September 22, 2021        Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    DEBBIE LYNN DIAMOND-JOBE, Debtor          Case No. 18-03392-JAW
                                                                                     CHAPTER 13

**MOTION FOR ENTRY OF DISCHARGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to enter a Chapter 13 Discharge Pursuant to 11 USC §1328(a) and (h) on behalf of the Debtor, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on August 31, 2018 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor has completed a Personal Financial Management Instruction Course and same has been filed with the Court (dk # 14) on or about September 9, 2018.
3. That on or about September 8, 2021, the Chapter 13 Trustee filed its Notice of Completion of Plan Payments (dk # 30).
4. That on or about September 7, 2021, debtor passed away during the pendency of the case.
5. That pursuant to the Voluntary Petition (dk #1) filed on or about August 31, 2018, Debtor has not filed a prior bankruptcy case in the preceding 8 years.
6. That pursuant to the Schedules (dk # 4) filed on or about August 31, 2018, Debtor had no Domestic Support Obligations.
7. That Debtor should be entitled to a discharge of her debts in this case as all requirements of the Confirmed Chapter 13 Plan (dk # 20) have been met.

WHEREFORE, Debtor prays that the case have an Order of Discharge entered and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion was forwarded on September 20, 2021, to:

By Electronic CM/ECF Notice:

    James Henley, jlhenley@jlhenleych13.net

    U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov

                                  /s/ Thomas C. Rollins, Jr.
                                  Thomas C. Rollins, Jr.

CERTIFICATE OF SERVICE

       I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on September 22, 2021, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                                   /s/ Thomas C. Rollins, Jr.
                                   Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>   DEBBIE LYNN DIAMOND JOBE | CASE NO: 18-03392<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/22/2021, I did cause a copy of the following documents, described below,

Notice and Motion for Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/22/2021

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
PO Box 13767
Jackson, MS  39236
601 500 5533

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 18-03392 |
|---|---|
| DEBBIE LYNN DIAMOND JOBE | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 9/22/2021, a copy of the following documents, described below,

Notice and Motion for Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/22/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
PO Box 13767
Jackson, MS  39236

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>05383<br>CASE 18-03392-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>JACKSON-3 DIVISIONAL OFFICE<br>WED SEP 22 10-08-58 CDT 2021 | VERITAS FEDERAL CREDIT UNION<br>PO BOX 681059<br>FRANKLIN TN 37068-1059 | ~~US BANKRUPTCY COURT~~<br>~~501 EAST COURT STREET SUITE 2300~~<br>~~PO BOX 2448~~<br>~~JACKSON MS 39225-2448~~ |
| BELK<br>PO BOX 530940<br>ATLANTA GA 30353-0940 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | DILLARDS<br>PO BOX 965024<br>ORLANDO FL 32896-5024 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | JCPENNEY<br>PO BOX 965007<br>ORLANDO FL 32896-5007 |
| JOHN S SIMPSON ESQ<br>SIMPSON LAW FIRM P A<br>FOR VERITAS FEDERAL CREDIT UNION<br>PO BOX 1410<br>RIDGELAND MS 39158-1410 | LOUIS JOBE<br>119 RILEY WILLIAMS RD<br>CANTON MS 39046-8502 | LOUIS JOBE JR<br>119 RILEY WILLIAMS RD<br>CANTON MS 39046-8502 |
| LOWES<br>PO BOX 965004<br>ORLANDO FL 32896-5004 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | REPUBLIC FINANCE<br>7721 LAKE HARBOUR DR<br>16<br>RIDGELAND MS 39157 |
| REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | SAMS CLUB<br>PO BOX 530942<br>ATLANTA GA 30353-0942 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| | ~~EXCLUDE~~ | |
| TJ MAXX<br>PO BOX 530948<br>ATLANTA GA 30353-0948 | ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | WELLS FARGO BANK NA<br>PO BOX 10438 MAC F823502F<br>DES MOINES IA 50306-0438 |
| DEBTOR | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
| DEBBIE LYNN DIAMOND JOBE<br>119 RILEY WILLIAMS RD<br>CANTON MS 39046-8502 | ~~JAMES L HENLEY JR~~<br>~~PO BOX 31980~~<br>~~JACKSON MS 39286-1980~~ | ~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

Stacey Moore Buchanan
Jones Walker LLP
190 E Capitol St, Ste 800
Jackson, MS 39201

sbuchanan@joneswalker.com

(Creditor)
Veritas Federal Credit Union
PO Box 681059
Franklin, TN 37068
represented by:
John S. Simpson
Simpson Law Firm, P.A.
P.O. Box 2058
Madison, MS 39130-2058

jsimpson@simpsonlawfirm.net

(U.S. Trustee)
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

USTPRegion05.JA.ECF@usdoj.gov

(Trustee)
James L. Henley, Jr.
PO Box 31980
Jackson, MS 39286-1980

jlhenley@jlhenleych13.net

(Debtor)
Debbie Lynn Diamond-Jobe
119 Riley Williams Rd
Canton, MS 39046
represented by:
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

trollins@therollinsfirm.com