

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 23, 2021**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    DEBBIE LYNN DIAMOND-JOBE, Debtor        Case No. 18-03392-JAW
                                                  CHAPTER 13

### ORDER WITHDRAWING MOTION

THIS CAUSE having come on the Debtor's Motion for Entry of Discharge (Dk # 33) and the Court being notified that the Debtor's wishes to have the motion withdrawn does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion for Entry of Discharge (Dk #33) is hereby withdrawn.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
PO Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR